IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRAVIS GLASS,

    Plaintiff,

v.                                                No. 1:21-cv-00543 JCH/JHR

XTO ENERGY INC., and
TOMMIE CRIDDLE, individually
and as agent of XTO ENERGY INC.

    Defendants.

## UNOPPPOSED MOTION TO AMEND COMPLAINT

Plaintiff, through counsel of record submits this Motion to Amend Complaint. As grounds for this Motion, the Plaintiff states the following.

1. Plaintiff hereby requests leave to file *First Amended Complaint*, as attached, in the above action to correct Defendant XTO Energy's name to XTO Energy Inc. Defendants do not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that this Motion be granted.

                                                       Respectfully submitted,

                                                       VALDEZ AND WHITE LAW FIRM, LLC

                                                      By: */s/ Timothy L. White*
                                                      Timothy L. White
                                                      124 Wellesley Drive SE
                                                      Albuquerque, NM  87106
                                                      Tel: (505) 345-0289
                                                      tim@valdezwhite.com
                                                      *Attorneys for Plaintiff*

**Approved as to form by:**

LITTLER MENDELSON P.C.

Charlotte Lamont
201 Third Street NW, Suite 500
Albuquerque, NM 87102
Tel: (505) 944-9682
clamont@littler.com

Kelli Fuqua
100 Congress Avenue, Suite 1400
Austin, TX 78701
(Tel): (512) 982-7250
kfuqua@littler.com

*Attorneys for Defendant XTO Energy, Inc.*

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on this 28th day of September 2021, I filed the foregoing using CM/ECF which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

LITTLER MENDELSON, P.C.

  Charlotte Lamont
  201 Third Street NW, Suite 500
  Albuquerque, NM 87102
  Tel: (505) 944-9682
  clamont@littler.com

  Kelli Fuqua
  100 Congress Avenue, Suite 1400
  Austin, TX 78701
  (Tel): (512) 982-7250
  kfuqua@littler.com

  *Attorneys for Defendant XTO Energy, Inc.*

<u>/s/Timothy L. White</u>
Timothy L. White