# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TRAVIS GLASS,

    Plaintiff,

v.                                                                 Case No. 1:21-cv-00543 JCH-JHR

XTO ENERGY, et al.,

    Defendants.

## ORDER EXTENDING REMAINING PRETRIAL DEADLINES

Before the Court is the Second Joint Motion [Doc. 34] of Plaintiff Travis Glass and Defendant XTO Energy ("Parties") requesting that the Court extend certain pretrial deadlines in this case. The Court finds that the Motion [Doc. 34] is well taken and is **HEREBY GRANTED.**

Accordingly, it is **ORDERED** that the remaining pretrial deadlines in this case are extended as follows:

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Termination of Discovery | October 31, 2022 | January 2, 2023 |
| Discovery Motions | November 5, 2022 | January 6, 2023 |
| Other Pretrial Motions | December 13, 2022 | February 13, 2023 |
| Pretrial Order from Plaintiff to Defendants | 14 days after pending Pretrial Motions are resolved or, if there are no pending motions, December 27, 2022 | 14 days after pending Pretrial Motions are resolved or, if there are no pending motions, February 28, 2023 |

| Pretrial Order due to Court | 14 days after the Pretrial Order from Plaintiff to Defendants' deadline | 14 days after the Pretrial Order from Plaintiff to Defendants' deadline |

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE