# EXHIBIT C

| | |
|---|---|
| **From:** | Lamont, Charlotte |
| **To:** | Tim White |
| **Cc:** | Fuqua, Kelli; Guillory, Marlo; Mendoza, Sandra; Lapriore, Steven |
| **Subject:** | RE: [External] XTO/Glass - Pretrial Deadlines |
| **Date:** | Tuesday, November 1, 2022 3:32:59 PM |
| **Attachments:** | image001.png |
| | image002.png |

Yes, thank you Tim.

**Charlotte Lamont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

**From:** Tim White <tim@valdezwhite.com>
**Sent:** Tuesday, November 1, 2022 11:45 AM
**To:** Lamont, Charlotte <CLamont@littler.com>
**Cc:** Fuqua, Kelli <KFuqua@littler.com>; Guillory, Marlo <MGuillory@littler.com>; Mendoza, Sandra <SMendoza@littler.com>; Lapriore, Steven <SLapriore@littler.com>
**Subject:** RE: [External] XTO/Glass - Pretrial Deadlines

I can make your first proposal work. You are preparing the motion?

**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights
Severe personal injury claims

www.valdezwhite.com
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289

Fax: (505) 345-2573

**From:** Lamont, Charlotte <CLamont@littler.com>
**Sent:** Monday, October 31, 2022 4:37 PM
**To:** Tim White <tim@valdezwhite.com>
**Cc:** Fuqua, Kelli <KFuqua@littler.com>; Guillory, Marlo <MGuillory@littler.com>; Mendoza, Sandra <SMendoza@littler.com>; Lapriore, Steven <SLapriore@littler.com>
**Subject:** RE: [External] XTO/Glass - Pretrial Deadlines

Thank you Tim, we appreciate it.

**Charlotte Lamont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

**From:** Tim White <tim@valdezwhite.com>
**Sent:** Monday, October 31, 2022 4:17 PM
**To:** Lamont, Charlotte <CLamont@littler.com>
**Subject:** RE: [External] XTO/Glass - Pretrial Deadlines

**[EXTERNAL E-MAIL]**

I will get back to you first thing tomorrow

**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights
Severe personal injury claims

www.valdezwhite.com
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573

---

**From:** Lamont, Charlotte <CLamont@littler.com>
**Sent:** Monday, October 31, 2022 4:15 PM
**To:** Tim White <tim@valdezwhite.com>
**Cc:** Fuqua, Kelli <KFuqua@littler.com>; Guillory, Marlo <MGuillory@littler.com>; Mendoza, Sandra <SMendoza@littler.com>; Lapriore, Steven <SLapriore@littler.com>
**Subject:** RE: [External] XTO/Glass - Pretrial Deadlines

Hi Tim,

XTO only agrees to an extension of the deadlines on the terms I proposed earlier, with limited discovery available to both parties.  It is not willing to expand the scope of discovery during the proposed extended discovery period.  The extension would be intended to allow the parties to conduct the limited discovery we discussed earlier today.

The alleged inability to reach these oil field worker witnesses, including your client, has not changed since plaintiff filed this suit sixteen months ago.  Please let us know if you agree to XTO's proposal by noon tomorrow, in light of the impending deadline to file discovery motions.  If you do not agree to the proposal, we will file our motion to dismiss or compel and note your opposition.

Best regards,

Charlotte

**Charlotte Lamont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

**From:** Tim White <tim@valdezwhite.com>
**Sent:** Monday, October 31, 2022 3:52 PM

**To:** Lamont, Charlotte <CLamont@littler.com>
**Cc:** Fuqua, Kelli <KFuqua@littler.com>; Guillory, Marlo <MGuillory@littler.com>; Mendoza, Sandra <SMendoza@littler.com>; Lapriore, Steven <SLapriore@littler.com>
**Subject:** RE: XTO/Glass - Pretrial Deadlines

This is agreeable to me with the caveat that if the depositions we take reveal good cause to take others for purposes of preserving trial testimony given how all these folks work out in the field such that its hard to contact them/get them served with subpoenas to compel attendance at trial, we reserve the right to try to obtain such discovery.

Tim

**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights
Severe personal injury claims

www.valdezwhite.com
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573

**From:** Lamont, Charlotte <CLamont@littler.com>
**Sent:** Monday, October 31, 2022 3:48 PM
**To:** Tim White <tim@valdezwhite.com>
**Cc:** Fuqua, Kelli <KFuqua@littler.com>; Guillory, Marlo <MGuillory@littler.com>; Mendoza, Sandra <SMendoza@littler.com>; Lapriore, Steven <SLapriore@littler.com>
**Subject:** [External] XTO/Glass - Pretrial Deadlines

Hi Tim,

We appreciate your time on our call this morning. Again, Kelli and I were very sorry to hear the tragic story of Suzanna's attack and its lasting impact.

XTO will agree to push all pretrial case deadlines out 60 days with the following limitations on any further discovery:

1. XTO may depose plaintiff.
2. The parties may depose Tommy Criddle.

3. Plaintiff may take the deposition of one XTO 30(b)(6) representative on the sole topic of XTO's general procedures in responding to an employee's request for accommodation.

Please let us know if this is acceptable to you.  If so, we should file our joint motion and proposed order before Friday, and we will draft the same for your review.

Best regards,

Charlotte

**Charlotte Lamont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

This email has been scanned for spam and viruses. Click here to report this email as spam.

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

-------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.