# EXHIBIT D

| | |
|---|---|
| **From:** | Lamont, Charlotte |
| **To:** | Tim White |
| **Cc:** | Fuqua, Kelli; Guillory, Marlo; Mendoza, Sandra |
| **Subject:** | RE: [External] XTO/Glass Discovery Responses |
| **Date:** | Tuesday, November 8, 2022 2:48:49 PM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Tim,

I can wait until 2:00 tomorrow afternoon. The client is anxious for us to file the motion.

Best regards,

Charlotte

**Charlotte Lamont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

**From:** Tim White <tim@valdezwhite.com>
**Sent:** Tuesday, November 8, 2022 11:48 AM
**To:** Lamont, Charlotte <CLamont@littler.com>
**Subject:** Re: [External] XTO/Glass Discovery Responses

**[EXTERNAL E-MAIL]**

Charlotte
Wait one day please. In the midst of us moving deadlines that slipped my mind.

Sent from my iPhone

> On Nov 8, 2022, at 11:45 AM, Lamont, Charlotte <CLamont@littler.com> wrote:

Hi Tim,

We did not receive plaintiff's discovery responses last week as promised. As a result, we will file a motion to compel those responses.

Best,

Charlotte

**Charlotte Lamont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.