# EXHIBIT G

**From:** Lamont, Charlotte
**To:** Tim White
**Cc:** Fuqua, Kelli; Guillory, Marlo; Mendoza, Sandra
**Subject:** RE: [External] Travis Glass
**Date:** Wednesday, June 8, 2022 4:18:29 PM
**Attachments:** image001.png
image002.png

Hi Tim,

Should we ask the Court for a short telephone call on this? We are prepared to go forward, but if the Judge is inclined to postpone the settlement conference, we won't oppose.

Best regards,

Charlotte

**Charlotte Lamont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



**Fueled by ingenuity. Inspired by you.**

Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

**From:** Tim White <tim@valdezwhite.com>
**Sent:** Wednesday, June 8, 2022 9:19 AM
**To:** Lamont, Charlotte <CLamont@littler.com>
**Subject:** RE: [External] Travis Glass

With this factual dispute about Criddle, I think its pointless to go to a settlement conference until we can do some discovery or get disclosures that answer that question. I am inclined to ask the court to vacate our current settlement conference. What is your position on that?


**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations

Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights
Severe personal injury claims

www.valdezwhite.com
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573

---

**From:** Lamont, Charlotte <CLamont@littler.com>
**Sent:** Tuesday, June 7, 2022 6:00 PM
**To:** Tim White <tim@valdezwhite.com>
**Cc:** Fuqua, Kelli <KFuqua@littler.com>; Guillory, Marlo <MGuillory@littler.com>
**Subject:** RE: [External] Travis Glass

Good Afternoon Tim:

In spite of what your client believes, or Tommie Criddle posted on Linked In, XTO has never employed Tommie Criddle or Mr. Glass. Accordingly, XTO played no part in Mr. Glass' employment or his alleged termination.

Nonetheless, XTO will agree to pay Mr. Glass $5,000 to settle this matter. We send you a form of settlement agreement that outlines the non-monetary details of the settlement offer.

Best regards,

Charlotte

**Charlotte Lamont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

---

**From:** Tim White <tim@valdezwhite.com>
**Sent:** Tuesday, May 31, 2022 2:56 PM

**To:** Lamont, Charlotte <CLamont@littler.com>
**Subject:** Travis Glass

<span style="color:red">**[EXTERNAL E-MAIL]**</span>

Charlotte
My apologies for this being a couple days late, Travis working out in the field where he has little to no cell service. Per the court's order setting our settlement conference I am conveying to you that your client may resolve this by converting Travis' termination to a resignation, a mutual nondisparagement agreement and payment of $475,000 to remedy his noneconomic damages and dismiss the lawsuit.

Tim

**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights
Severe personal injury claims

www.valdezwhite.com
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573

------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

This email has been scanned for spam and viruses. Click here to report this email as spam.