# EXHIBIT H

| | |
|---|---|
| **From:** | Lamont, Charlotte |
| **To:** | Tim White |
| **Cc:** | Fuqua, Kelli; Mendoza, Sandra; Guillory, Marlo |
| **Subject:** | RE: [External] Glass v XTO |
| **Date:** | Tuesday, June 21, 2022 4:59:11 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | Declaration.pdf |

Hi Tim,

Please see the attached and let me know if you will dismiss our client from this lawsuit in which it is incorrectly named.

Best regards,

Charlotte

**Charlotte Lamont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

**From:** Tim White <tim@valdezwhite.com>
**Sent:** Tuesday, June 21, 2022 3:26 PM
**To:** Lamont, Charlotte <CLamont@littler.com>
**Subject:** RE: [External] Glass v XTO

If there is any chance of your client getting dismissed because they don't belong I wont be able to do so without the statement showing who Criddle worked for.

**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge

Civil rights
Severe personal injury claims

www.valdezwhite.com
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573

---

**From:** Lamont, Charlotte <CLamont@littler.com>
**Sent:** Tuesday, June 14, 2022 1:34 PM
**To:** Tim White <tim@valdezwhite.com>
**Subject:** RE: [External] Glass v XTO

Okay thanks, I'll be sure we include what HR knows in the declaration.

**Charlotte Lamont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

---

**From:** Tim White <tim@valdezwhite.com>
**Sent:** Tuesday, June 14, 2022 1:31 PM
**To:** Lamont, Charlotte <CLamont@littler.com>
**Subject:** RE: [External] Glass v XTO

In order for me to know if I should dismiss your client, I need to know who they say he worked for.

**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights

Severe personal injury claims

www.valdezwhite.com
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573

**From:** Lamont, Charlotte <CLamont@littler.com>
**Sent:** Tuesday, June 14, 2022 1:20 PM
**To:** Tim White <tim@valdezwhite.com>
**Subject:** RE: [External] Glass v XTO

Hi Tim,

We will prepare a declaration from HR to confirm that Criddle never worked for XTO. As I indicated, I believe he either worked for TRC or contracted with TRC. We will provide the declaration to you as soon as possible.

Best regards,

Charlotte

**Charlotte Lamont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

**From:** Tim White <tim@valdezwhite.com>
**Sent:** Tuesday, June 14, 2022 1:14 PM
**To:** Lamont, Charlotte <CLamont@littler.com>
**Subject:** FW: [External] Glass v XTO

Are you able to respond to the request below?

**Everybody counts or nobody counts**

Timothy L. White - Attorney

Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights
Severe personal injury claims

[www.valdezwhite.com](www.valdezwhite.com)
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573

**From:** Tim White
**Sent:** Monday, June 13, 2022 9:34 AM
**To:** Lamont, Charlotte <[CLamont@littler.com](CLamont@littler.com)>
**Subject:** RE: [External] Glass v XTO

Charlotte
Can XTO identify who his employer was then? Its their jobsite, and based on what my client and other TRC employees have said, if Cribble wasn't there as an XTO employee he has to be there for a subcontractor, he clearly acted as if he had authority to tell Travis to leave if he insisted on having his service dog, so he was acting as an agent whether he was an employee or not. But I not going to waste time and money suing XTO if they don't belong in this lawsuit, nor violate our ethical rules in that context. So if you can get me a sworn statement setting out the facts as XTO alleges, that should answer the question.

**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights
Severe personal injury claims

[www.valdezwhite.com](www.valdezwhite.com)
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573

**From:** Lamont, Charlotte <[CLamont@littler.com](CLamont@littler.com)>

**Sent:** Sunday, June 12, 2022 5:35 PM
**To:** Tim White <tim@valdezwhite.com>
**Cc:** Fuqua, Kelli <KFuqua@littler.com>; Guillory, Marlo <MGuillory@littler.com>; Mendoza, Sandra <SMendoza@littler.com>
**Subject:** RE: [External] Glass v XTO

Good Afternoon Tim:

We are willing to provide a declaration from XTO's HR department that states XTO never employed Criddle.  Will that suffice?  That may be the best we can do because, in fact, XTO never employed him.  Also, XTO reached out to Criddle last week and asked him to remove the fabricated statement on his Linked In page that he was/is an employee of XTO, and he removed it immediately.  Please advise.

Best regards,

Charlotte

**Charlotte Lamont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

**From:** Tim White <tim@valdezwhite.com>
**Sent:** Thursday, June 9, 2022 3:12 PM
**To:** Lamont, Charlotte <CLamont@littler.com>; Fuqua, Kelli <KFuqua@littler.com>
**Subject:** Glass v XTO

**[EXTERNAL E-MAIL]**

Charlotte, not asking you to prove a negative that Criddle didn't work for you, but in light of my client, his coworker and Criddle's linkedin page, can you send me anything that shows he did not work for you and/or worked for another company that had him on the jobsite? I need to nail this down asap in light of the applicable court deadlines and applicable SOL.

Thank you

Tim White

**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights
Severe personal injury claims

www.valdezwhite.com
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573


-------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.


-------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates

worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.