# EXHIBIT J

| | |
|---|---|
| **From:** | Lamont, Charlotte |
| **To:** | Tim White |
| **Cc:** | Jan Alroy; Fuqua, Kelli; Guillory, Marlo |
| **Subject:** | RE: Travis Glass |
| **Date:** | Tuesday, June 28, 2022 11:56:06 AM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Tim,

I don't know where to start other than to say that I am very disappointed – you represented to me (in writing) that you would dismiss our client from this case if we provided a declaration that Criddle never worked for XTO. I represented the same to my client in my misguided belief that you were being candid with me. Now I have to go back to the client and reveal you were not being candid with me and, instead, are using our declaration we provided informally to you, and in good faith, against us.

Shame on me.

We oppose plaintiff's untimely motion to amend his baseless complaint against XTO.

Best regards,

Charlotte

**Charlotte La
mont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

**From:** Tim White <tim@valdezwhite.com>
**Sent:** Thursday, June 23, 2022 2:21 PM
**To:** Lamont, Charlotte <CLamont@littler.com>; Fuqua, Kelli <KFuqua@littler.com>
**Cc:** Jan Alroy <jan@valdezwhite.com>
**Subject:** FW: Travis Glass


**[EXTERNAL E-MAIL]**

I will be out of the office shortly for the day so please copy Jan on your response.

Thanks

**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights
Severe personal injury claims

[www.valdezwhite.com](www.valdezwhite.com)
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573

**From:** Tim White
**Sent:** Thursday, June 23, 2022 2:19 PM
**To:** Lamont, Charlotte <[CLamont@littler.com](CLamont@littler.com)>; Fuqua, Kelli <[KFuqua@littler.com](KFuqua@littler.com)>
**Subject:** Travis Glass

Counsel
Please get me your position on the motion as soon as you can.
Thank you

Tim White

**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights
Severe personal injury claims

[www.valdezwhite.com](www.valdezwhite.com)
124 Wellesley Drive SE

Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573