# EXHIBIT A

| | |
|---|---|
| **From:** | Lamont, Charlotte |
| **To:** | Tim White |
| **Cc:** | Fuqua, Kelli |
| **Subject:** | RE: Glass v XTO |
| **Date:** | Saturday, May 21, 2022 4:03:10 PM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Tim,

I hope Suzanna and your office manager are okay – I have had my share of injuries the past couple of years so I can relate.

==Please take the time you need and let us know your schedule – we will just need to keep our client informed.==

Best regards,

Charlotte and Kelli

**Charlotte Lamont**
Shareholder
505.944.9682 direct, 505.379.6057 mobile, 505.213.0415 fax
CLamont@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere
201 Third Street NW, Suite 500, Albuquerque, NM 87102

**From:** Tim White <tim@valdezwhite.com>
**Sent:** Saturday, May 21, 2022 11:54 AM
**To:** Lamont, Charlotte <CLamont@littler.com>
**Subject:** Glass v XTO

**[EXTERNAL E-MAIL]**

Hi Charlotte,
==Working on getting ready for the settlement conference next month leads me to see we have discover we owe you, apologies, but this just slipped by, between Suzanna's injuries and my office manager having a series of personal crises, it slipped through the cracks. May I have until 6/3 to answer/respond/object please, its difficult to keep in==

touch with the client due to the nature of his work taking him out of town all the time, often to areas where he has no cell service even.
Please let me know if that is ok.
thanks

Tim

**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights
Severe personal injury claims

[www.valdezwhite.com](www.valdezwhite.com)
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573