# EXHIBIT I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TRAVIS GLASS,

        Plaintiff,

vs.

No: 1:21-cv-00543 JCH-JHR

XTO ENERGY, and TOMMIE CRIDDLE,
individually and as agent of XTO Energy,

        Defendants.

## DECLARATION OF RICH HAGEN

1. My name is Rich Hagen. I am over the age of 18 and am competent to provide the following declaration based on my own personal knowledge.

2. I am the Human Resources Manager for XTO Energy Inc. ("XTO").

3. In my role as Human Resources Manager, I have access to XTO's employee records. I have reviewed these records and confirmed XTO never employed a person named Tommie Criddle to work at a XTO work site in New Mexico, or anywhere else.

4. Based on information and records available to XTO, in 2019 Tommie Criddle was employed by Integrity Inspection Services, an entity that provided certain pipeline inspection services to XTO.

5. Tommie Criddle was never an agent of XTO and never acted as an XTO manager or supervisor.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June _16_, 2022.

                                                                _/s/ Rich Hagen_
                                                               Rich Hagen