UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVIS GLASS,

    Plaintiff,

v.                                                  Case No. 1:21-cv-00543 JCH-JHR

XTO ENERGY, and TOMMIE CRIDDLE,
individually and as agent of XTO Energy,

    Defendants.

### ORDER EXTENDING "OTHER PRETRIAL MOTIONS" DEADLINES

Before the Court is Defendant XTO Energy's Unopposed Motion to Extend the "Other Pretrial Motions" Deadline from February 13, 2023, to February 27, 2023. The Court finds that the Motion is well taken and is **HEREBY GRANTED.**

Accordingly, it is **ORDERED** that the Other Pretrial Motions deadline in this case is extended from February 13, 2023, to February 27, 2023.

 

_____
HON. JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE