UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVIS GLASS,

    Plaintiff,

v.                                                                            Case No. 1:21-cv-00543 JCH-JHR

XTO ENERGY, INC., and TOMMIE CRIDDLE,
individually and as agent or employee of XTO ENERGY,
INC. or as agent or employee of INTEGRITY INSPECTION
SERVICES, LLC and INTEGRITY INSPECTION SERVICES,

    Defendants.

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT XTO**

    Plaintiff Travis Glass ("Glass") and Defendant XTO Energy Inc. ("XTO") hereby notify the Court that Glass and XTO have reached an agreement in principle to settle Glass's claims against XTO and are working together to finalize confidential settlement documents. The agreement in principle between Glass and XTO does not implicate or otherwise affect Glass's pending claims against Tommie Criddle and/or Integrity Inspection Solutions and/or Integrity Inspection Services.

    Glass and XTO anticipate being able to finalize the settlement documents between Glass and XTO and move for dismissal with prejudice of Glass's claims against XTO within 45 days. Glass and XTO respectfully request that all pending deadlines in this case be stayed by the Court and that the settlement conference scheduled for February 13, 2023, be continued. Such a stay and continuance will not prejudice any party, given that no defendant aside from XTO has answered this lawsuit.

Respectfully submitted,

*/s/ Timothy L. White (w/permission KF)*
VALDEZ AND WHITE LAW FIRM, LLC

Timothy L. White
124 Wellesley Dr. SE
Albuquerque, NM  87106
tim@valdezwhite.com

***Attorneys for Plaintiff***

*/s/ Kelli Fuqua*
LITTLER MENDELSON, P.C.

Shawn Oller (NM State Bar No. 8787)
soller@littler.com
2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801

Kelli Fuqua
kfuqua@littler.com
100 Congress Avenue, Suite 1400
Austin, TX  78701
Telephone: 512.982.7250
Facsimile: 512.982.7248

***Attorneys for Defendant XTO Energy Inc.***

4863-1595-1950.2 / 097144-1006