UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRAVIS GLASS,

        Plaintiff,

v.                                                   No. 1:21-cv-00543 JCH-JHR

XTO ENERGY, and TOMMIE CRIDDLE,
individually and as agent of XTO Energy or
as agent or employee of INTEGRITY
INSPECTION SERVICES, LLC and I
NTEGRITY INSPECTION SERVICES,

        Defendants.

## RESPONSE TO SECOND ORDER TO SHOW CAUSE

Travis Glass, by and through his attorneys Valdez and White Law Firm, LLC, (Timothy L. White), files this Response to the Court's Second Order to Show Cause regarding efforts to serve Defendant Tommie Criddle.

1. The Court issued a Summons for Defendant Criddle on April 27, 2023. *Email, Exhibit A.*

2. On April 27, 2023, Plaintiff attempted service of the Summons and Second Amended Complaint on April 27, 2023 by mail - certified, return receipt requested, and electronic return receipt, #7019 2280 0001 2938 1436. *Copy of envelope attached, Exhibit B.*

3. On May 9, 2023 (today), Plaintiff received the envelope returned as undeliverable dated May 5, 2023. *Exhibit C.*

1

4. Learning for the first time on May 9, 2023 that the attempted service was not successful, Plaintiff will have Defendant Criddle served in person.

Respectfully submitted,

Valdez and White Law Firm, LLC

By: /s/ Timothy L. White
Timothy L. White
124 Wellesley Dr SE
Albuquerque, NM 87106
Telephone: (505) 345-0289
Facsimile (505) 345-2573
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that the foregoing that on May 9, 2023, I filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the notice of electronic filing.

/s/ Timothy L. White
Timothy L. White

Sent: Thursday, April 27, 2023 10:01 AM
To: NMDdb_Summons <summons@nmd.uscourts.gov>
Cc: Whitney Warner <Whitney@valdezwhite.com>
Subject: 1-21-cv-00543 JCH-JCR Glass v. Integrity Inspection et al

CAUTION - EXTERNAL:

Dear Clerk
Attached is a summons to serve Tommie Criddle, please let me know if you need more from us to issue this please

Tim White

**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights
Severe personal injury claims

www.valdezwhite.com
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

Exhibit 1

**Subject:** RE: [External] 1-21-cv-00543 JCH-JCR Glass v. Integrity Inspection et al
**Date:** Thursday, April 27, 2023 at 10:23:27 AM Mountain Daylight Time
**From:** Tim White
**To:** NMDdb_Summons
**CC:** Whitney Warner

Thank you

**Everybody counts or nobody counts**

Timothy L. White - Attorney
Valdez & White Law Firm, LLC

Trying lawsuits for people, not corporations
Practice areas limited to:
Employment discrimination and harassment
Retaliatory discharge
Civil rights
Severe personal injury claims

www.valdezwhite.com
124 Wellesley Drive SE
Albuquerque, NM 87106
Tel: (505) 345-0289
Fax: (505) 345-2573

**From:** NMDdb_Summons <summons@nmd.uscourts.gov>
**Sent:** Thursday, April 27, 2023 10:22 AM
**To:** Tim White <tim@valdezwhite.com>; NMDdb_Summons <summons@nmd.uscourts.gov>
**Cc:** Whitney Warner <Whitney@valdezwhite.com>
**Subject:** RE: [External] 1-21-cv-00543 JCH-JCR Glass v. Integrity Inspection et al

Good morning,

Attached is the issued summons.

Thank you,

JACOB T. GARCIA
U.S. DISTRICT COURT OF NEW MEXICO
333 LOMAS BLVD. NW, SUITE 270
ALBUQUERQUE, NM 87102
OFFICE: 505-348-2000
SUMMONS@NMD.USCOURTS.GOV

**From:** Tim White <tim@valdezwhite.com>

Valdez & White Law Firm, LLC
124 Wellesley Dr SE
Albuquerque, NM 87106



7019 2280 0001 2938 1436





RDC 99              39773

U.S. POSTAGE PAID
FCM LETTER
ALBUQUERQUE, NM
87101
APR 27, 23
AMOUNT

$7.12

R2303S104657-9

ELECTRONIC
RETURN
RECEIPT

Tommie Criddle
PO Box 1430
West Point, MS



NIXIE      392    FE 1      0005/05/23
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

               UTF    BC: 87106144424    *1466-03737-01-39
87106>1444

Exhibit 2