IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRAVIS GLASS,

    Plaintiff,

v.                                                    No. 1:21-cv-00543-JCH-JMR

INTEGRITY INSPECTION SERVICES, LLC,

    Defendant.

### FINAL JUDGMENT

This Court has entered contemporaneously a Memorandum Opinion and Order granting Defendant's motion to dismiss on Plaintiff's claims and dismissing with prejudice all remaining claims in this case. This Final Judgment, in compliance with Rule 58 of the Federal Rules of Civil Procedure, adjudicates all existing claims and liabilities of the parties.

**IT IS HEREBY ORDERED** that final judgment is entered in favor of Defendant on Plaintiff's claims, which are **DISMISSED**, and thus this case is **DISMISSED** in its entirety.

_____
SENIOR UNITED STATES DISTRICT JUDGE